MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    FAX: (415) 436-4378
    annie.reding@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS W. JAMES, JR., )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA (United )<br>States Department of the Interior-San )<br>Francisco Maritime National Historical )<br>Park), )<br>)<br>    Defendant. ) | No. C 11-2552 MEJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING THE ADR**<br>**DEADLINE** |

      Pursuant to Local Civil Rules 6-1 and 6-2, defendant United States of America ("Defendant") and plaintiff Douglas W. James, Jr. ("Plaintiff"), by and through their respective counsel, hereby jointly and respectfully request that the Court continue the Alternative Dispute Resolution (ADR) deadline in this matter to February 29, 2012. In accordance with Local Civil Rule 6-2(a), this stipulation is supported by the Declaration of Ann Marie Reding and a proposed order, which are filed herewith. The parties stipulate as follows:

    1.    On May 26, 2011, Plaintiff filed his Complaint in this case. *See* Docket No. 1.

    2.    On August 25, 2011, the Court referred this case to mediation. *See* Docket No. 9.

    3.    On September 1, 2011, the Court appointed Joel Franciosa to mediate this case.

*See* Docket No. 10.

4.  Based on ADR Local Rule 3-6, the deadline for the parties to mediate this case is ninety days from the Court's Order referring this case to mediation, or November 22, 2011. *See* Declaration of Ann Marie Reding ("Reding Decl."), ¶ 5.

5.  On September 29, 2011, the parties participated in a conference call with Mr. Franciosa and agreed to a mediation date of December 19, 2011.  *See* Reding Decl., ¶ 6.

6.  On or about October 11, 2011, the parties agreed to depose Plaintiff on November 23, 2011.  *See id.* at ¶ 7.

7.  On or about November 8, 2011, counsel for Defendant informed Plaintiff's counsel that she would like to obtain Plaintiff's medical records prior to his deposition and believed it made sense to delay the deposition until after such time that the documents could be received.  Counsel for Plaintiff was agreeable to continuing the deposition to a later date. *See id.* at ¶ 8.

8.  Due to the parties' unavailability during the holidays, and in order to allow time for Defendant to limited discovery responses, as well as Plaintiff's medical records, the parties have stipulated to a deposition date in January 2012 and will agree to mediation date before March 31, 2012.  *See id.* at ¶ 9.

9.  No prior extensions of time have been requested or granted.  *See id*. at ¶ 10.

10.  The requested time modification will not impact any other deadline imposed by Court.  *See id*. at ¶ 11.

///
///
///
///
///
///
///
///

11. In light of the foregoing, the parties request that the Court continue the last day to mediate this case until March 31, 2012.

DATED: November 21, 2011     Respectfully submitted,

                                            /s/ Rey Hassan
REY HASSAN
Attorney for Plaintiff

DATED: November 21, 2011     Respectfully submitted,
MELINDA HAAG
United States Attorney

                                            /s/ Ann Marie Reding
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

### [PROPOSED] ORDER

Plaintiff and Defendant's Stipulated Request to Continue the ADR deadline is hereby **GRANTED**. The last day to mediate this case is continued until March 31, 2012.

Date: November 21, 2011

                                            HON. MARIA-ELENA JAMES
United States Magistrate Judge