1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6813
      FAX: (415) 436-4378
7     annie.reding@usdoj.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 DOUGLAS W. JAMES, JR.,            )  No. C 11-2552 MEJ
                                     )
14        Plaintiff,                 )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER CONTINUING THE ADR**
15   v.                              )  **DEADLINE**
                                     )
16 UNITED STATES OF AMERICA (United  )
   States Department of the Interior-San )
17 Francisco Maritime National Historical )
   Park),                            )
18                                   )
          Defendant.                 )
19 _____  )

20        Pursuant to Local Civil Rules 6-1 and 6-2, defendant United States of America

21 ("Defendant") and plaintiff Douglas W. James, Jr. ("Plaintiff"), by and through their respective

22 counsel, hereby jointly and respectfully request that the Court continue the Alternative Dispute

23 Resolution (ADR) deadline in this matter to February 29, 2012.  In accordance with Local Civil

24 Rule 6-2(a), this stipulation is supported by the Declaration of Ann Marie Reding and a proposed

25 order, which are filed herewith.  The parties stipulate as follows:

26        1.      On May 26, 2011, Plaintiff filed his Complaint in this case.  *See* Docket No. 1.

27        2.      On August 25, 2011, the Court referred this case to mediation.  *See* Docket No. 9.

28        3.      On September 1, 2011, the Court appointed Joel Franciosa to mediate this case.

1    *See* Docket No. 10.

2        4.      Based on ADR Local Rule 3-6, the deadline for the parties to mediate this case is

3    ninety days from the Court's Order referring this case to mediation, or November 22, 2011.

4    *See* Declaration of Ann Marie Reding ("Reding Decl."), ¶ 5.

5        5.       On September 29, 2011, the parties participated in a conference call with Mr.

6    Franciosa and agreed to a mediation date of December 19, 2011.   *See* Reding Decl., ¶ 6.

7        6.      On or about October 11, 2011, the parties agreed to depose Plaintiff on November

8    23, 2011. *See id.* at ¶ 7.

9        7.      On or about November 8, 2011, counsel for Defendant informed Plaintiff's

10   counsel that she would like to obtain Plaintiff's medical records prior to his deposition and

11   believed it made sense to delay the deposition until after such time that the documents could be

12   received.   Counsel for Plaintiff was agreeable to continuing the deposition to a later date.  *See id.*

13   at ¶ 8.

14       8.      Due to the parties' unavailability during the holidays, and in order to allow time

15   for Defendant to  limited discovery responses, as well as Plaintiff's medical records, the parties

16   have stipulated to a deposition date in January 2012 and will agree to mediation date before

17   March 31, 2012.  *See id.* at ¶ 9.

18       9.      No prior extensions of time have been requested or granted.  *See id.* at ¶ 10.

19       10.     The requested time modification will not impact any other deadline imposed by

20   Court. *See id.* at ¶ 11.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

11.    In light of the foregoing, the parties request that the Court continue the last day to mediate this case until March 31, 2012.

DATED: November 21, 2011            Respectfully submitted,


_____/s/ Rey Hassan_____
REY HASSAN
Attorney for Plaintiff

DATED: November 21, 2011            Respectfully submitted,
                                   MELINDA HAAG
                                   United States Attorney


_____/s/ Ann Marie Reding_____
ANN MARIE REDING
Assistant United States Attorney
Attorneys for Defendant

## ~~PROPOSED~~ ORDER

Plaintiff and Defendant's Stipulated Request to Continue the ADR deadline is hereby **GRANTED**.  The last day to mediate this case is continued until March 31, 2012.

Date:  November 21, 2011

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge