1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANN MARIE REDING (CSBN 226864)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
6      FAX: (415) 436-4378
       annie.reding@usdoj.gov
7
   Attorneys for Defendant
8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12
   DOUGLAS W. JAMES, JR.,              )   No. C 11-2552 MEJ
13                                      )
             Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
14                                      )   **ORDER OF DISMISSAL WITH**
        v.                              )   **PREJUDICE**
15                                      )
   UNITED STATES OF AMERICA (United     )
16 States of the Interior-San Francisco )
   Maritime National Historical Park),  )
17                                      )
             Defendant.                 )
18 _____  )

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DOUGLAS W. JAMES, JR.

("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with

prejudice the above-captioned action, including all claims that were asserted therein. Each party

will bear its own costs and attorneys' fees.


DATED: March 26, 2012

_____
Rey Hassan
Plaintiff's Attorney

DATED: ~~March~~ May 19, 2012

_____
Ann Marie Reding
Assistant United States Attorney
Attorney for Defendant


## ~~[PROPOSED]~~ ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed

with prejudice.


Dated: May 15, 2012
_____
HON. MARIA ELENA JAMES
United States Chief Magistrate Judge