1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ANN MARIE REDING (CSBN 226864)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6813
6       FAX: (415) 436-4378
        annie.reding@usdoj.gov
7
    Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
    DOUGLAS W. JAMES, JR.,              )   No. C 11-2552 MEJ
13                                      )
            Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
14                                      )   **ORDER OF DISMISSAL WITH**
        v.                              )   **PREJUDICE**
15                                      )
    UNITED STATES OF AMERICA (United    )
16  States of the Interior-San Francisco)
    Maritime National Historical Park), )
17                                      )
            Defendant.                  )
18  _____)

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

2  FOLLOWING STIPULATION:

3       Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DOUGLAS W. JAMES, JR.

4  ("Plaintiff") and the UNITED STATES OF AMERICA hereby stipulate to dismiss with

5  prejudice the above-captioned action, including all claims that were asserted therein.  Each party

6  will bear its own costs and attorneys' fees.

7

8  DATED: March 26, 2012                    _____
                                            Rey Hassan
9                                           Plaintiff's Attorney

10  DATED: ~~March~~ May 19, 2012            _____
                                            Ann Marie Reding
11                                          Assistant United States Attorney
                                            Attorney for Defendant
12

13                        ~~[PROPOSED]~~ ORDER

14       The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed

15  with prejudice.

16

17  Dated: May 15, 2012
        _____
18                                          HON. MARIA ELENA JAMES
                                            United States Chief Magistrate Judge
19

20

21

22

23

24

25

26

27

28